Certificate Number: 16339-PAE-DE-038545909

Bankruptcy Case Number: 24-11458



16339-PAE-DE-038545909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2024, at 5:42 o'clock PM EDT, Tommir Wells completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 5, 2024                By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor